UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEVEN LEE SMITH,

        Petitioner,

vs.                                    Case No. 3:10-cv-767-J-12JRK

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

        Respondents.

## ORDER

1. Petitioner's January 19, 2011, Petition for Order Prohibiting Respondent from Filing Late Show Cause Order Response (Doc. #22) is **DENIED AS MOOT**. Respondents' Response to Petition (Doc. #21) was filed January 13, 2011. See Notice of Return Service and Notice of Re-service (Doc. #24).

2. Petitioner has filed a change of address stating that he is now confined at Wakulla Correctional Institution, Annex (Doc. #27). Respondents shall immediately provide Petitioner with a copy of the Response to Petition at the Wakulla Correctional Institution, Annex, if previous attempts at service of the response upon Petitioner have been unsuccessful.

2. Petitioner's February 4, 2011, Request for Entry of Default (Doc. #26) is **DENIED**. Respondents filed a response to the Petition on January 13, 2011.

**DONE AND ORDERED** at Jacksonville, Florida, this 17TH day of March, 2011.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sa 3/7
c:
Steven Lee Smith
Ass't A.G. (Parrish)